IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELFASCO, INC., | ) | Case No. 08-11578 (MFW) |
| | ) | |
| Debtor. | ) | **Related Docket No. 475** |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING REVISED
ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE)
TO CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007
AND DEL. L.R. 3007-1 (DUPLICATE CLAIMS/LATE FILED CLAIMS)**

The undersigned hereby certifies the following:

1. On February 19, 2010, the Official Committee of Unsecured Creditors (the "Committee") filed the *Official Committee of Unsecured Creditors' First Omnibus Objection (Non-Substantive) to Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Duplicate Claims/Late Filed Claims)* (the "Motion") [Docket No. 475].

2. The Committee received informal objections to the Motion. No other objections were received to the Motion.

3. Attached hereto as <u>Exhibit 1</u> is the proposed *Order Granting the Official Committee of Unsecured Creditors' First Omnibus Objection (Non-Substantive) to Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Duplicate Claims/Late Filed Claims)* (the "Proposed Order").

4. The Proposed Order resolves all issues with the informal objections and has been approved by those informal objectors.

18034-001\DOCS_DE:158965.1

Accordingly, the Committee respectfully request entry of the Proposed Order attached hereto as <u>Exhibit 1</u> at the Court's earliest convenience.

Dated: April 7, 2010      PACHULSKI STANG ZIEHL & JONES LLP

    <u>/s/ Mark M. Billion</u>
Bradford J. Sandler (Bar No. 4142)
Mark M. Billion (Bar No. 5263)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:     bsandler@pszjlaw.com
                mbillion@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors